UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABERCROMBIE & FITCH CO., a Delaware corporation,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>JOHN DOES 1-13,<br><br>　　　　　　　　　　　Defendants. | NO.<br><br>COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF |

Plaintiff Abercrombie & Fitch Co. ("A&F") brings this action against Defendants JOHN DOES 1-13 (collectively "Defendants"), and alleges as follows:

## I.     JURISDICTION AND VENUE

1.     This is a complaint for an injunction, damages and other appropriate relief to stop Defendants from infringing A&F's trade and service marks by registering Internet domain names that are identical or confusingly similar to A&F's trademarks and service marks, and by using those domain names in bad faith to profit from A&F's marks.

2.     In this action, A&F asserts violations of the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d); of sections 32 and 43 of the Lanham Act, 15 U.S.C. § 1114 (Trademark Infringement) and §1125(a) (False Designation of Origin, Unfair

COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF - 1

K:\0241195\00003\20332_DAB\20332P24J5

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  Competition/False Advertising); of the Washington Consumer Protection Act (RCW Ch.

2  19.86); and of Washington common law.

3      3.    This Court has subject matter jurisdiction over A&F's clams pursuant to 15

4  U.S.C. §1221 and 28 U.S.C. §§1331 and 1338.

5

6      4.    This Court has personal jurisdiction over Defendants, all of whom have

7  conducted business activities in and directed to this district and are primary participants in

8  tortious acts within this district.

9      5.    Venue is proper in this Court pursuant to 28 U.S.C. §1391 because a

10 substantial part of the events or omissions giving rise to the claim pled herein occurred in this

11 judicial district.

## II.  THE PARTIES

    6.    Plaintiff A&F is a Delaware corporation with its principal place of business in New Albany, Ohio.

    7.    A&F is unaware of the true names and capacities of Defendants sued herein as JOHN DOES 1-13 and therefore sues these Defendants by such fictitious names.  A&F will amend this complaint to allege their true names and capacities when ascertained.  A&F is informed and believes and therefore alleges that each of the fictitiously named Defendants are responsible in some manner for the occurrences herein alleged, and that A&F's injuries as herein alleged were proximately caused by such Defendants.  These fictitiously named Defendants are herein referred to collectively as "Defendants."

## III.  A&F'S BUSINESS AND TRADEMARKS

    8.    A&F is a specialty retailer that operates stores and direct-to-consumer operations selling casual apparel under the Abercrombie & Fitch, Abercrombie kids, Hollister

COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF - 2

K:\0241195\00003\20332_DAB\20332P24J5

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1 and Gilly Hicks brands.  A&F operates over 1000 retail stores globally.

9. David Abercrombie founded Abercrombie Co., the predecessor of Abercrombie & Fitch, in 1892 as an upscale sporting goods store. Forming a partnership with Ezra Fitch in 1900, the company continued to expand in the new 20th century.  In 1909, A&F mailed over 50,000 copies of its 456 page catalog worldwide, featuring outdoor clothing, camping gear, articles, and advice columns.



10. A&F continued to grow during the 20th century.  By the mid-1990s, there were dozens of A&F stores in the United States.  In 1996, A&F became publicly listed on the New York Stock Exchange with the ticker symbol "ANF."  Today, Abercrombie & Fitch is one of the world's most recognizable brands.

11. A&F owns registrations for a number of trademarks and service marks that it uses to identify its products in the marketplace.  Among the marks owned by A&F are the following registered marks (collectively the "A&F Marks"): ABERCROMBIE & FITCH; A&F; ABERCROMBIE; HOLLISTER; GILLY HICKS.

COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF - 3

K:\0241195\00003\20332_DAB\20332P24J5

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

12. Since at least August 1902, A&F has used in commerce the trademark "ABERCROMBIE & FITCH" to promote the sale of men's and women's clothing and footwear. On February 16, 1971, A&F applied to register the ABERCROMBIE & FITCH mark, and on January 23, 1973, the United States Patent and Trademark Office issued Registration No. 951,410 to A&F for the ABERCROMBIE & FITCH mark. The ABERCROMBIE & FITCH mark is also the subject of United States Trademark Registration Nos. 1,999,665, 2,061,284, 3,372,809, 3,381,675 and others. The ABERCROMBIE & FITCH mark is broadly recognized as a brand identifier for A&F's business and clothing line.

13. Since at least 1908, A&F has used in commerce the trademark "A&F" to promote its products. On November 14, 1979, A&F applied to register the A&F mark and on June 23, 1981 the United States Patent and Trademark Office issued Registration No. 1,169,714 to A&F for the A&F mark. The A&F mark is also the subject of United States Trademark Registration Nos. 2,530,664, 2,872,186, 3,349,895, 3,739,561 and others. A&F's A&F mark is broadly recognized as a brand identifier for A&F's business and clothing line.

14. Since at least 1892, A&F has used in commerce the trademark / service mark "ABERCROMBIE" to promote its sale of clothing, including coats, jackets, knit shirts, woven shirts, t-shirts, shirts, underwear, pants, jeans, hats and shoes. On April 14, 1998, A&F applied to register the ABERCROMBIE mark, and on January 4, 2000, the United States Patent and Trademark Office issued Registration No. 2,305,464 to A&F for the ABERCROMBIE mark. The ABERCROMBIE mark is also the subject of United States Trademark Registration Nos. 3,484,799, 3,484,812 and others. The ABERCROMBIE mark is broadly recognized as a brand identifier for A&F's business and clothing line.

15. Since at least July 2001, A&F has used in commerce the trademark mark

COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF - 4

K:\0241195\00003\20332_DAB\20332P24J5

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

"HOLLISTER" to promote its sale of clothing. On July 7, 2006, A&F applied to register the HOLLISTER mark, and on October 16, 2007 the United States Patent and Trademark office issued Registration No. 3,310,650 to A&F for the HOLLISTER mark. The HOLLISTER mark is also the subject of United States Trademark Registration Nos. 2,648,144, 2,774,426, 3,358,499 and others. The HOLLISTER mark is broadly recognized as a brand identifier for A&F's business and clothing line.

16. Since at least January 21, 2008, A&F has used in commerce the trademark mark "GILLY HICKS" to promote its sale of clothing. On July 25, 2007, A&F applied to register the GILLY HICKS mark, and on October 30, 2007 the United States Patent and Trademark office issued Registration No. 3,635,948 to A&F for the GILLY HICKS mark. The GILLY HICKS mark is broadly recognized as a brand identifier for A&F's business and clothing line.

17. The A&F Marks, as well as others owned by A&F, are used in interstate commerce in connection with the sale, offering for sale, distribution, and advertising of A&F's products and services. The A&F Marks are distinctive and were distinctive at the time of all acts alleged herein. As a result of A&F's substantial investment, the A&F Marks have developed extensive goodwill in the market. Accordingly, the A&F Marks are extremely valuable to A&F.

### IV.   A&F'S INTERNET PRESENCE

18. A&F also maintains a substantial presence on the Internet. Via the Internet, A&F advertises its products, transacts business with its customers, and provides customer service and support, among other things. In order to provide its customers with easy access to its online products and services, A&F has registered a number of Internet domain names.

COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF - 5

K:\0241195\00003\20332_DAB\20332P24J5

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

Many of these domain names correspond to A&F's trademarks and service marks, including the following: abercrombie.com; abercrombiekids.com; hollisterco.com; and gillyhicks.com.

19. Each of these domain names, as well as others registered to A&F, resolves to an A&F-created website that provides A&F's customers with access to A&F's products. These websites generate business for A&F and allow A&F to maintain relationships with its customers.

20. A&F's Internet-based sales are significant. For example, during fiscal year 2009, aggregate total net sales through direct-to-consumer operations exceeded $290 million, representing almost 10% of the company's net sales.

V. **DEFENDANTS' UNLAWFUL ACTIONS**

21. Defendants are the registrants and users of numerous Internet domain names that contain or consist of A&F's marks and/or intentional misspellings of A&F's marks. These domain names are hereinafter referred to as the "Infringing Domain Names." A representative, though not necessarily exhaustive, list of Defendants' Infringing Domain Names is attached hereto as **Appendix A.**

22. Almost all the Infringing Domain Names domains are registered using fictional or misleading names and contact information. Many of the Infringing Domain Names use what appear to be "privacy protection services" that shield the name and contact information of the true registrant and user of the domain name. Upon information and belief, A&F believes the current registration information for the Infringing Domain Names to be false or materially inaccurate.

23. The Infringing Domain Names are identical or confusingly similar to A&F's marks. The Infringing Domain Names do not resolve to websites owned or endorsed by

COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF - 6

K:\0241195\00003\20332_DAB\20332P24J5

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

A&F.

24. Many of the Infringing Domain Names resolve to websites that are controlled by Defendants (collectively referred to as "Defendants' websites"). Many of Defendants' websites contain numerous advertisements for and/or hyperlinks featuring goods that are directly competitive with A&F products.

25. When a person looking for a A&F website lands on one of Defendants' websites, that person may click on one of the advertisements or hyperlinks on the site either because the person finds it easier to click on the advertisement or hyperlink than to continue searching for the A&F site, or because the person mistakenly believes A&F has authorized or endorsed the advertisements or hyperlinks. In either case, the person has been diverted from the A&F website he or she was seeking to visit, and A&F has lost the opportunity to interact with that person.

26. Defendants use the Infringing Domain Names to profit from the A&F Marks. Some of the websites are used by Defendants to advertise or sell pirated "knock off" goods that are imitations of A&F's products. Others are used to generate revenue, which is received by Defendants when Internet users click on one or more links or advertisements on the websites of the Infringing Domain Names. Defendants receive these payments from one or more advertisers, affiliate programs, or search engines.

27. Defendants are not affiliated with, or sponsored by, A&F and have not been authorized to use the A&F Marks. Defendants have not now or ever been able to use or register any name or mark that includes the A&F Marks.

28. Defendants' registration and use of the Infringing Domain Names is to primarily capitalize on the goodwill associated with the A&F Marks.

COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF - 7

K:\0241195\00003\20332_DAB\20332P24J5

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

29. Defendants registered and used the Infringing Domain Names willfully and with bad faith intent to profit from the A&F Marks.

30. The actions alleged herein to have been undertaken by the Defendants were undertaken by each defendant individually, were actions that each defendant caused to occur, were actions that each defendant authorized, controlled, directed, or had the ability to authorize, control or direct, and/or were actions in which each defendant assisted, participated, aided and abetted or otherwise encouraged, and are actions for which each defendant is liable.

## COUNT I
**(Cybersquatting under the Anticybersquatting Consumer Protection Act – 15 U.S.C. § 1125(d))**

31. A&F realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 30 above.

32. The A&F Marks were distinctive at the time Defendants registered the Infringing Domain Names and remain distinctive today.

33. The Infringing Domain Names were identical or confusingly similar to the A&F Marks at the time Defendants registered the Infringing Domain Names, and remain so today.

34. Defendants have registered and used the Infringing Domain Names with bad faith intent to profit from the A&F Marks.

35. As a result of their wrongful conduct, Defendants are liable to A&F for violation of the Anticybersquatting Consumer Protection Act.

36. Each defendant also has contributory and vicarious liability for these acts. With knowledge of the illegal activity, each defendant intentionally induced the conduct

COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF - 8

K:\0241195\00003\20332_DAB\20332P24J5

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

described above and continued to undertake these acts. Similarly, each defendant had the right and ability to control the illegal activity and received a direct financial benefit from the activity.

37. Defendants' registration and use of the Infringing Domain Names has caused and will continue to cause damage to A&F, in an amount to be proven at trial, and is causing irreparable harm to A&F, for which there is no adequate remedy at law. Therefore, A&F is entitled to injunctive relief.

38. A&F is entitled to recover Defendants' profits, actual damages and costs in an amount to be proven at trial or statutory damages of up to $100,000 per domain name, treble damages, attorneys' fees and transfer of the Infringing Domain Names to A&F.

## COUNT II
### (Trademark Infringement Under the Lanham Act - 15 U.S.C. § 1114)

39. A&F realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 38 above.

40. Defendants' wrongful and unauthorized use of the A&F Marks and counterfeits of the A&F Marks to promote, market, or sell products and services constitutes trademark infringement pursuant to 15 U.S.C. § 1114.

41. Each defendant also has contributory and vicarious liability for these acts of trademark infringement. With knowledge of the infringing activity, each defendant intentionally induced the infringing conduct described above and continued to distribute the infringing material. Similarly, each defendant had the right and ability to control the infringing activity and received a direct financial benefit from the infringement.

42. Defendants' intentional and willful infringement of the A&F Marks has caused

COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF - 9

K:\0241195\00003\20332_DAB\20332P24J5

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

and will continue to cause damage to A&F, in an amount to be proven at trial, and is causing irreparable harm to A&F for which there is no adequate remedy at law.

43. A&F is entitled to recover damages and to recover its costs herein in an amount to be proven at trial. A&F is also entitled to injunctive relief against Defendants.

44. A&F is further entitled to recovery of statutory damages, treble damages and attorneys' fees.

## COUNT III
### (False Designation of Origin Under the Lanham Act - 15 U.S.C. § 1125(a))

45. A&F realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 44 above.

46. The A&F Marks are distinctive marks that are associated with A&F and exclusively identify A&F's business, products, and services.

47. Defendants have used and continue to use the A&F Marks in connection with goods or services, in commerce, in a manner that is likely to cause confusion, mistake, or deception as to the origin, sponsorship, or approval of such goods or services.

48. As a result of their wrongful conduct, Defendants are liable to A&F for violation of this provision of the Lanham Act.

49. Each defendant also has contributory and vicarious liability for these acts. With knowledge of the illegal activity, each defendant intentionally induced the conduct described above and continued to undertake these acts. Similarly, each defendant had the right and ability to control the illegal activity and received a direct financial benefit from the activity.

50. A&F has been damaged by these acts in an amount to be proven at trial. A&F

COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF - 10

K:\0241195\00003\20332_DAB\20332P24J5

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

is also entitled to injunctive and other equitable relief against Defendants.

## COUNT IV
**(Unfair Competition/False Advertising Under the Lanham Act - 15 U.S.C. § 1125(a))**

51. A&F realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 50 above.

52. Defendants have used and continue to use the A&F Marks in connection with goods or services with false and misleading descriptions or representations of fact in commercial advertising or promotion, thereby misrepresenting the nature, characteristics, and qualities of their or another person's goods, services, or commercial activities.

53. As a result of their wrongful conduct, Defendants are liable to A&F for violation of this provision of the Lanham Act.

54. Each defendant also has contributory and vicarious liability for these acts. With knowledge of the illegal activity, each defendant intentionally induced the conduct described above and continued to undertake these acts. Similarly, each defendant had the right and ability to control the illegal activity and received a direct financial benefit from the activity.

55. A&F is entitled to damages in an amount to be proved at trial and attorneys' fees. A&F is also entitled to injunctive relief and other equitable relief against Defendants.

## COUNT V
**(Unfair Business Practices - RCW § 19.86 *et seq*)**

56. A&F realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 55 above.

57. Defendants' use of the A&F Marks to promote, market, or sell products and services constitutes an unfair business practice pursuant to RCW § 19.86 *et seq*. Defendants'

COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF - 11

K:\0241195\00003\20332_DAB\20332P24J5

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  use of the A&F Marks is an unfair or deceptive practice occurring in trade or commerce that
2  impacts the public interest and has caused injury to A&F.

3    58.   Defendants' unfair business practice has caused and will continue to cause
4  damage to A&F, and is causing irreparable harm to A&F for which there is no adequate
5  remedy at law.

6    59.   Defendants' actions violated RCW Ch. 19.86 *et seq.*, and A&F is entitled to
7  injunctive relief and to recovery of actual damages. A&F is also entitled to treble damages
8  and an award of its attorneys' fees and costs.

**COUNT VI**
**(Washington Common Law Unfair Competition)**

60.   A&F realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 59 above.

61.   Defendants' use of the A&F Marks has infringed on their distinctive features in a manner that tends to confuse, in the public mind, Defendants' products and advertising with A&F's products and advertising. Defendants' conduct has caused and will continue to cause damage to A&F, and is causing irreparable harm to A&F for which there is no adequate remedy at law.

**COUNT VII**
**(Unjust Enrichment)**

62.   A&F realleges and incorporates by this reference each and every allegation set forth in paragraphs 1 through 61 above.

63.   The acts of Defendants complained of herein constitute unjust enrichment of the Defendants at A&F's expense in violation of the common law of Washington.

64.   A&F has been damaged in an amount to be proven at trial.

COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF - 12

K:\0241195\00003\20332_DAB\20332P24J5

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**PRAYER FOR RELIEF**

WHEREFORE, A&F respectfully requests that the Court enter judgment against Defendants, jointly and severally, as follows:

1. That the Court issue temporary and permanent injunctive relief against Defendants, and that Defendants, their officers, agents, representatives, servants, employees, attorneys, successors and assignees, and all others in active concert or participation with Defendants, be enjoined and restrained from:

 a) infringing A&F's trademarks and service marks;

 b) registering, using or trafficking any domain names that are identical or confusingly similar to the A&F Marks, including but not limited to domain names containing the A&F Marks and domain names containing misspellings of the A&F Marks; and

 c) assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in subparagraphs a) through b) above.

2. That the Court orders the forfeiture or cancellation of the Infringing Domain Names and the transfer of the Infringing Domain Names to A&F;

3. That the Court award A&F actual damages, liquidated damages and statutory damages, in amount to be proven at trial;

4. That the Court award A&F treble damages, and profits in an amount to be proven at trial;

5. That the Court award A&F its attorneys' fees and costs incurred herein; and

6. That the Court grants A&F all other relief to which it is entitled and such other or additional relief as is just and proper under these circumstances.

COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF - 13

K:\0241195\00003\20332_DAB\20332P24J5

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  DATED this 10th day of December, 2010.

2

3                                          K&L GATES LLP

4

5                                          By     /s/ David A. Bateman
                                              David A. Bateman, WSBA # 14262
                                              Pallavi Mehta Wahi, WSBA # 32799
6                                          Attorneys for Plaintiff
                                           Abercrombie & Fitch Co.
7
                                           925 Fourth Ave., Suite 2900
8                                          Seattle, Washington 98104
                                           Tel: (206) 370-6682
9                                          Fax: (206) 370-6013
                                           Email: david.bateman@klgates.com
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF - 14

K:\0241195\00003\20332_DAB\20332P24J5

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**Appendix A – Defendants' Infringing Domain Names**

| | | |
|---|---|---|
| abercreombie.com | hollistertco.com | hollisterclo.com |
| abercrombie7fitch.com | hollistet.com | hollisterclothescompany.com |
| abercrombieaandfichuk.com | hollistter.com | hollisterclothig.com |
| abercrombienfinch.com | hvo.org | hollistercloting.com |
| abercrombiewardrobe.com | abercrombielive.com | hollistercloyhing.com |
| abercromnbie.com | anfcom.com | hollistercoc.com |
| abercvrombie.com | hllister.com | hollistercolthing.com |
| anadf.com | hollistercokids.com | hollistercopany.com |
| gillyhivks.com | hollisteroutfitter.com | hollistercorp.com |
| hollioster.com | hollistr.com | hollistercothing.com |
| hollisterc0.com | holisterjeans.com | hollistercp.com |
| hollisterclothe.com | abercrombieandfitcheurope.com | hollisterincorporated.com |
| hollistercol.com | abercrombieandfitchlondon.com | hollisterjackets.com |
| hollistercoonline.com | abercrombieandfitchstore.com | hollisteroutfiter.com |
| hollisterfitch.com | abercrombieclothes.net | hollisteroutfits.com |
| wwwabercrombiekid.com | abercrombieclothing.net | hollisteroutlets.com |
| aberceombie.com | abercrombiefortracy.com | hollisteroutwear.com |
| abercrombiecoupon.com | abercrombiehoodie.com | hollister-store.com |
| abercrombiefitchkid.com | abercrombiejacket.com | hollistersurfcompany.com |
| abercrombiefitchmodel.com | abercrombiejackets.com | hollistrer.com |
| abercrombiefitchoutlet.com | abercrombieshirt.com | hollistserco.com |
| abercrombiefitchquarterly.com | abercrombieshop.net | hollitser.com |
| abercrombiewallpaper.com | buy-abercrombie.net | holloister.com |
| abercormbiefitch.com | buyabercrombieclothes.com | holluster.com |
| holilsterco.com | buyabercrombieclothing.com | kidsabercrombie.com |
| hollister-company.com | cheapabercrombieclothes.com | wwwhollister.com |
| hollisterxo.com | abercrombieandftch.com | wwwwwhollister.com |
| abbercrombie.com | abercrombirandfitch.com | abercrombiess.com |
| abercrombbie.com | abercrombis.com | abercrombie4sale.com |
| abercrombieaandfitch.com | avercrombie.com | abercrombieandfitchclub.com |
| abercrombieandfetch.com | careerhollisterco.com | abercrombiefitchforsale.com |
| abercrombieandficth.com | careershollister.com | abercrombiefitchlive.com |
| abercrombieandfitchco.com | hhollister.com | abercrombieforyou.com |
| abercrombieandfitvh.com | hillisterco.com | abercrombieonsale.com |
| abercrombieclothes.com | hllisterco.com | abercrombieshopping.com |
| abercrombiemodel.com | hoillisterco.com | ant.com |
| abercrombiemodels.com | holilster.com | asnf.com |
| abercrombieoutlet.com | holliaterco.com | cheap-abercrombiefitch.com |
| abercrombietravels.com | holliister.com | fierce.org |
| abercromble.com | holliisterco.com | ghco.org |
| aberrombie.com | holliseter.com | hcko.info |
| bercrombie.com | hollisster.com | hcko.net |
| calihollister.com | hollissterco.com | hdco.info |
| hcos.org | hollisterandfitch.com | hjco.info |
| hiollister.com | hollisterc.com | hoillister.com |
| hollistercalis.com | hollistercal.com | hollisrer.com |
| hollistercl.com | hollistercali.com | hollistere.com |
| hollistercolths.com | hollistercaliforniaoutfitters.com | hollisterrco.com |

COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF - 15

K:\0241195\00003\20332_DAB\20332P24J5

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1. hollistrco.com
   hpllister.com
2. nco.org
   abercrombieit.com
3. abercrombieonline.org
   abercrombieshop.org
4. abercrombiestore.org
   abercrombieworld.org
5. abercrmbieandfitch.com
   hollistercologne.com
6. hollsiterco.com
   wwwabercrombie.com
7. aberacombie.com
   abercrombiefintch.com
8. abrercrombieandfitch.com
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.

COMPLAINT FOR DAMAGES AND
INJUNCTIVE RELIEF - 16

K:\0241195\00003\20332_DAB\20332P24J5

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022