1

The Honorable Richard A. Jones

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9  ABERCROMBIE & FITCH CO., a Delaware
   corporation,

10

11                                    Plaintiff,

12         v.

13  JOHN DOES 1-13,

14                                    Defendants.

No. C10-01998 RAJ

DECLARATION OF DAVID A.
BATEMAN IN SUPPORT OF
MOTION FOR LEAVE TO CONDUCT
THIRD PARTY DISCOVERY

15         I, David A. Bateman, hereby declare as follows:

16         1.       I am attorney of record for plaintiff Abercrombie & Fitch Co. ("A&F") in this

17  matter.  I am over the age of eighteen, have personal knowledge of the matters set forth

18  herein, and am competent to testify thereto.

19         2.       I submit this declaration in support of A&F's request to issue third-party

20  discovery in order to identify the "John Doe" defendants who are the registrants, assignees,

21  traffickers and users of the Internet domain names identified in the Complaint (the "Infringing

22  Domain Names").  The Infringing Domain Names are identical or confusingly similar to

23  A&F's Marks and do not resolve to websites owned or endorsed by A&F.

24         3.       Prior to initiating this suit, A&F attempted to discover the true identities of the

25  "John Doe" defendants.  On behalf of A&F, our forensic investigators obtained and reviewed

26

DECLARATION OF DAVID BATEMAN - 1
No. C10-01998 RAJ

K:\0241195\00003\20332_DAB\20332P24JN

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1  the publicly available information about these domain names and their associated websites,

2  including collecting the public "WHOIS" records.  That publicly available information was

3  neither sufficient nor sufficiently reliable to permit A&F to name these defendants.

4        4.     For example, the websites for the Infringing Domain Names do not contain any

5  personal information or identifiers.  Likewise, the public WHOIS records for the Infringing

6  Domain Names are either masked by "privacy protection" services, or are falsified or

7  sufficiently unreliable to prevent A&F from accurately identifying the Defendants.

8        5.     In some instances, the Defendants used fictitious registration names like "Ho

9  Nim" or "lime bomb" to register some of the Infringing Domain Names, and provided

10  fictional addresses.  An example of such a registration is attached hereto as Exhibit 1 -- a true

11  and correct copy of the WHOIS record showing the registration information for domain name

12  "aberceombie.com", along with a copy of the website for this domain name.  Our

13  investigators conducted online searches for records relating to these fictional names and

14  addresses, but were unable to locate the true identity of the Defendants.

15        6.     In other instances, the Defendants used "privacy protection" services – or

16  imitated such services – in registering their domain names.  An example of such a registration

17  is attached hereto as Exhibit 2 – a true and correct copy of the WHOIS record showing the

18  registration information for domain name "abbercrombie.com", along with a copy of the

19  website for this domain name.

20        7.     I have practiced in the area of Internet law for over ten years, and have been

21  involved in many cases involving defendants who attempt to undertake anonymous Internet

22  activity.  Generally speaking, in order to conduct any Internet activity, defendants must

23  necessarily contract with third-party providers of goods and services.  In this case, for

24  example, the defendants will have contracted with legitimate domain name registrars, hosting

25  companies and parking revenue generators, among others.  These third parties will most likely

26  have information that identifies the defendants – or that leads to the identification of

DECLARATION OF DAVID BATEMAN - 2
No. C10-01998 RAJ

K:\02411195\00003\20332_DAB\20332P24JN

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON 98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

defendants.  Almost all such third party vendors will not reveal this information without a subpoena.

8.      Accordingly, by issuing subpoenas to third parties, A&F will be able to properly identify the "John Doe" defendants.  Because some portions of the investigation are likely to require more than a single round of subpoenas, I estimate that a period of 120 days is reasonably required to complete this discovery effort.

I declare under penalty of perjury that the foregoing is true and correct:

EXECUTED this 13ᵗʰ day of December, 2010 at Seattle, Washington.

David A. Bateman

DECLARATION OF DAVID BATEMAN - 3
No. C10-01998 RAJ

K:\0241195\00003\20332_DAB\20332P24JN

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

# EXHIBIT 1



Show Summary View

Primogeek   Logout | My Account

| Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory |
| Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more> |

**Power Tools:**   Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert

## Whois: AberCeOmBie.com ✎

Acquire this Domain Name

Search Whois Records [ ] Search

**Thumbnail:**

Whois Record   Site Profile   Registration   Server Stats   My Whois

### My Whois View

Show Help

**Related Domains For Sale or At Auction**    1   2   More >

KatKathAber.com ($300)    HaAberTurk.com ($490)    RadyoHaber.com ($652)
Abercorn.net ($988)    ManAberCom.com ($1,300)    AberRate.com ($650)

```
Registrant:
    lime bomb
    8201 Greensboro Drive
    mclean, Virginia 22102
    United States

    Domain Name: ABERCEOMBIE.COM
        Created on: 20-Dec-05
        Expires on: 20-Dec-10
        Last Updated on: 17-Dec-09

    Administrative Contact:
        bomb, lime    limebomb@gmail.com

        8201 Greensboro Drive
        mclean, Virginia 22102
        United States
        7033909000        Fax --

    Technical Contact:
        bomb, lime    limebomb@gmail.com

        8201 Greensboro Drive
        mclean, Virginia 22102
        United States
        7033909000        Fax --

    Domain servers in listed order:
        NS1.FASTPARK.NET
        NS2.FASTPARK.NET
```

| | |
|---|---|
| Reverse Whois: | **"lime bomb" owns about** 967 other domains |
| Email Search: | limebomb@gmail.com is associated with about **1,189 domains** |
| Registrar History: | 2 registrars with **1** drop. |
| IP History: | 21 changes on 12 unique name servers over **6** years. |
| NS History: | 11 changes on 8 unique name servers over **5** years. |
| Whois History: | 17 records have been archived since **2007-10-18** . |
| Reverse IP: | 756,358 other sites hosted on this server. |
| Website Title: | abercoombie.com |
| Title Relevancy: | **100%** |
| Meta Description: | No data found for this domain. |
| Relevancy: | No data found for this domain. |
| Meta Keywords: | No data found for this domain. |
| Relevancy: | No data found for this domain. |
| SEO Score: | **75%** |
| Terms: | **172** (Unique: 103, Linked: 67) |
| Images: | **2** (Alt tags missing: 2) |
| Links: | **39** (Internal: 38, Outbound: 1) |
| AboutUs: | Wiki article on Abercoombie.com |
| ICANN Registrar: | **GODADDY.COM, INC.** |
| Alexa Trend/Rank: | No data found for this domain. |
| Compete Rank: | No data found for this domain. |

**Country TLDs**   **General TLDs**

| ☐ AberCeOmBie.at | Buy |
| ☐ AberCeOmBie.be | Buy |
| ☐ AberCeOmBie.ch | Buy |
| ☐ AberCeOmBie.cn | Buy |
| ☐ AberCeOmBie.co.uk | Buy |
| ☐ AberCeOmBie.de | Buy |

Show all (18) >

**Buy all selected >**

| | |
|---|---|
| Created: | 2005-12-20 |
| Expires: | **2010-12-20** |
| Updated: | 2009-12-17 |
| Registrar Status: | **clientDeleteProhibited** |
| | **clientRenewProhibited** |
| | **clientTransferProhibited** |
| | **clientUpdateProhibited** |
| Name Server: | NS1.FASTPARK.NET (has **458,158 domains**) |
| | NS2.FASTPARK.NET (has **458,158 domains**) |
| Whois Server: | w hois.godaddy.com |
| Server Type: | No data found for this domain. |
| IP Address: | **216.8.179.24**   Reverse-IP   |   Ping   |   DNS Lookup   |   Traceroute |
| IP Location: | 🇨🇦 - Ontario - Windsor - Next Dimension Inc |
| Response Code: | 200 |
| Domain Status: | **Registered And Active Website** |
| General TLDs: | AberCeOmBie.com  (registered and active w ebsite) |
| | AberCeOmBie.net ◯ (never registered before) |
| | AberCeOmBie.org ◯ (never registered before) |
| | AberCeOmBie.biz ◯ (never registered before) |
| | AberCeOmBie.info ◯ (never registered before) |
| | AberCeOmBie.us ◯ (never registered before) |
| Similar Domains: | Abe Proyectos | Aber - S No | Abe Photo | Abe Quipements | Ab Equity | Abe Raj | Aber A Ball | Aber - France | Abe Plumbing | Abe Raje | Aber Age | Abe Paints 4 States | Abe Pe | Aber A - Tech |

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© **2010 DomainTools, LLC** All rights reserved.



# aberceombie.com



Related Searches:  **Shopping**    Electronics    Books    Clothing    Abercrombie & Fitch    Abercrombie

Inquire about this domain

**Related Searches**

Shopping

Electronics

Books

Clothing

Abercrombie & Fitch

Abercrombie

Abercrombie And Fitch Clothing

Mens Clothing

Abercrombie & Fitch Outlet

Clothes Shopping

Hollister Shop

Fitch

**Search**

[          ]

[ Search ]

## Sponsored Listings

### Abercrombie Clothes
Bid on Abercrombie Clothes now! Find great deals & huge selection.
www.eBay.com

### Abercrombie & Fitch
Bargain Prices. Smart Deals. Save on Abercrombie & Fitch!
www.DealTime.com

### Aéropostale® Online Store
Find the Hottest Styles in Clothing For Girls & Guys at Aéropostale®!
www.Aeropostale.com

### Hollister
Hollister Products Save from Hollister!
www.ShopAtHome.com

### Costa Mesa Consignment
Stop By Our Shop To Buy, Sell Or Trade Gently Used Designer Clothes.
www.MyDeelux.com

### KingSizeDirect XL - 10XL
Get the Perfect Gift In Time For Father's Day. Free Shipping Upgrade
www.KingSizeDirect.com

### Abercrombie Fitch Clothes
Find great deals and save! Compare products, prices & stores.
www.Shopping.com

### Glendale Galleria
Looking for Great Stores? Visit Glendale Galleria!
www.GlendaleGalleria.com

### Designer Clothes
Friends Dont Let Friends Buy Retail 50-75% Off Designer Retail Brands.
www.HauteLook.com/Join_Free

### Affliction Online Store
Shop The Entire Affliction Clothing Collection. Secure Ordering.
www.AfflictionClothingStore.com

# EXHIBIT 2

[Show Summary View](#) **Primogeek** [Logout](#) | [My Account](#)

Whois | Domain Search | Domain Suggestions | For Sale | Sales History | Auction Search | Domain Monitor | Domain Directory
Ping | Traceroute | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk Check | Domain Typo Generator | more>
**Power Tools:** Reverse IP | Domain History | Mark Alert | Name Server Spy | Hosting History | Reverse Whois | Registrant Alert

# Whois: AbBerCrombie.com

**Acquire this Domain Name**

Search Whois Records **Search**

**Whois Record** **Site Profile** **Registration** **Server Stats** **My Whois**

## My Whois View

[Show Help](#)

**Related Domains For Sale or At Auction** 1 More >

[JacobAbercrombie.com](#) ($300) [AbercrombieTravel.com](#) ($1,149) [Abercrombie.info](#) ($800)

```
Domain Name: ABBERCROMBIE.COM
Registrar: MONIKER

Registrant [2396904]:
        Moniker Privacy Services  abbercrombie.com@domainservice.com

        Moniker Privacy Services
        20 SW 27th Ave.
        Suite 201
        Pompano Beach
        FL
        33069
        US

Administrative Contact [2396904]:
        Moniker Privacy Services  abbercrombie.com@domainservice.com

        Moniker Privacy Services
        20 SW 27th Ave.
        Suite 201
        Pompano Beach
        FL
        33069
        US
        Phone: +1.9549848445
        Fax:   +1.9549699155

Billing Contact [2396904]:
        Moniker Privacy Services  abbercrombie.com@domainservice.com

        Moniker Privacy Services
        20 SW 27th Ave.
        Suite 201
        Pompano Beach
        FL
        33069
        US
        Phone: +1.9549848445
        Fax:   +1.9549699155

Technical Contact [2396904]:
        Moniker Privacy Services  abbercrombie.com@domainservice.com

        Moniker Privacy Services
        20 SW 27th Ave.
        Suite 201
        Pompano Beach
        FL
        33069
        US
        Phone: +1.9549848445
        Fax:   +1.9549699155

Domain servers in listed order:

        NS1.HITFARM.COM
        NS2.HITFARM.COM

        Record created on:        2003-08-26 03:46:42.0
        Database last updated on: 2010-08-16 06:26:43.923
        Domain Expires on:        2011-08-26 03:46:42.0
```

**Thumbnail:**

**Country TLDs** **General TLDs**

- [AbBerCrombie.at](#) [Buy](#)
- [AbBerCrombie.be](#) [Buy](#)
- [AbBerCrombie.ch](#) [Buy](#)
- [AbBerCrombie.cn](#) [Buy](#)
- [AbBerCrombie.co.uk](#) [Buy](#)
- [AbBerCrombie.dk](#) [Buy](#)

[**Show all** (17) >](#)

**Buy all selected >**



| | |
|---|---|
| Reverse Whois: | **"Moniker Privacy Services" owns about**   **228 other domains** |
| Email Search: | No data found for this domain. |
| Registrar History: | **3 registrars** |
| IP History: | **47 changes** on **8** name servers over **5** years. |
| NS History: | **7 changes** on **6** unique name servers over **7** years. |
| Whois History: | **22 records** have been archived **since 2007-05-19** . |
| Reverse IP: | **606,442 other sites** hosted on this server. |
| Website Title: | abbercrombie.com |
| Title Relevancy | **0%** |
| Meta Description: | No data found for this domain. |
| Relevancy: | No data found for this domain. |
| Meta Keywords: | No data found for this domain. |
| Relevancy: | No data found for this domain. |
| SEO Score: | **0%** |
| Terms: | No data found for this domain. |
| Images: | No data found for this domain. |
| Links: | No data found for this domain. |
| AboutUs: | Wiki article on Abbercrombie.com |
| ICANN Registrar: | **MONIKER ONLINE SERVICES, INC.** |
| Alexa Trend/Rank: | No data found for this domain. |
| Compete Rank: | No data found for this domain. |
| Created: | 2003-08-26 |
| Expires: | **2011-08-26** |
| Updated: | 2010-08-16 |
| Registrar Status: | **clientDeleteProhibited** |
| | **clientTransferProhibited** |
| | **clientUpdateProhibited** |
| Name Server: | NS1.HITFARM.COM (has **595,789 domains**) |
| | NS2.HITFARM.COM (has **595,789 domains**) |
| Whois Server: | whois.moniker.com |
| Server Type: | No data found for this domain. |
| IP Address: | **208.87.33.150**   Reverse-IP   \|   Ping   \|   DNS Lookup   \|   Traceroute |
| Response Code: | 200 |
| IP Location: | 🏴 **- New Providence - Nassau - Secure Hosting Ltd** |
| Domain Status: | **Registered And Active Website** |
| General TLDs: | AbBerCrombie.com   🌐   (registered and active website) |
| | AbBerCrombie.net   ⚪   (deleted and available again) |
| | AbBerCrombie.org   ⚪   (never registered before) |
| | AbBerCrombie.biz   ⚪   (never registered before) |
| | AbBerCrombie.info   ⚪   (never registered before) |
| | AbBerCrombie.us   ⚪   (never registered before) |
| Similar Domains: | abbedon.com, abbdrives.com, abbdriveparts.com, abbee.com, abbecosmetics.com, abbdevelopers.com, abbctour.com, abbctv.com, abbedalekennels.com, abbconcise.com, abbdanismanlik.com, abbebook.com, abbeefill.com, abbeehearing.com |

Blog | Desktop Tools | Support | About Us | Contact Us | Terms of Service | Privacy | Memberships | Stock Ticker | Site Map

© **2010 DomainTools, LLC** All rights reserved.



**abbercrombie.com**

**ABBERCROMBIE.c**

**To purchase this domain name, click here**

Related Searches

🔴 **Abercrombie Girls**

🔴 **Abercrombie and Fitch**

🔴 **Abercrombie And Fitch Catalogue**

🔴 **Abercrombieand Fitch**

🔴 **Abercrombie Online**

🔴 **Abercrombie**

🔴 **Thong Girls**

🔴 **Abercrombie catalog**

🔴 **Internet Service**

🔴 **Abercrombie models**

🔴 **Hollister clothes**

Related Searches

▶ **Abercrombie Kent**      ▶ **Hollister Co**      ▶ **Abercrombie And Fitc**

▶ **American eagle**      ▶ **Male models**      ▶ **Banana republic**

▶ **Dillards**      ▶ **God**      ▶ **Exotic travel**

▶ **Internet**      ▶ **Gospel**      ▶ **Free E-mail**

[                    ] Search

related searches

Abercrombie Kent   |   Hollister Co   |   Abercrombie And Fitch History   |   American e

© 2010 abbercrombie.